# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  06-cr-00346-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JON ANTHONY BLACKHAWK,

      Defendant.

## MINUTE ORDER[1]

The matter before the court is **Defendant Balckhawk's [*sic*] Motion to Adopt Previous Counsel's Pre-Trial Motions** [#28], filed February 21, 2007.  Said motion is **GRANTED**.  The government shall file its response to all pending pretrial motions by **March 12, 2007**.  The court will hold the motions hearing setting conference previously set for March 12, 2007, at 10:00 a.m.

Dated:  February 26, 2007
-------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.