UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 06-cr-00346-REB | FTR MEH PM |
| July 20, 2007 | |
| UNITED STATES OF AMERICA | Linda McMahan |
| v. | |
| JON ANTHONY BLACKHAWK | Marc Milavitz |

### HEARING ON MOTION [45]

Court in Session: 1:35 pm

Court calls case and appearances of counsel. Defendant appears in custody.

Defense addresses the court. Government addresses the court.

Court presents findings in relation to the motion [45].

Brief discussion with defendant.

Defendant addresses the court.

**ORDERED: Motion [45] is GRANTED and new CJA counsel will be appointed.**

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 1:50 pm

Total time in court: 15 minutes

Hearing concluded.