**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.06-cr-00346-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. Jon Anthony Blackhawk,

 Defendant.

_____

MOTION FOR EXAMINATION TO DETERMINE MENTAL COMPETENCY
_____

 Defendant Jon Anthony Blackhawk, through attorney Richard N. Stuckey, respectfully moves this Court for an order for a psychiatric and psychological examination under 18 U.S.C. § 4241(b), and for a later hearing under 18 U.S.C. §4241(a), to determine the mental competency of the defendant, and as grounds therefore, does state as follows:

 1.  It is respectfully submitted that "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense," 18 U.S.C. § 4241(a).

 2.  Defendant has complained to counsel of "dizziness" and of "noise in his ears." He has difficulty with his eyesight.   He has written several long letters to counsel, past and present, complaining and commenting on various situations in his life and during his

incarceration, but these statements in the letters are disjointed and very out of order chronologically, as if defendant cannot distinguish present from past.  Other manifestations of possible mental defect, possibly even organic, are present which show reasonable cause for the granting of a hearing for mental competency.

     3.  In accordance with 18 U.S.C. § 4241(b), it is respectfully requested that a psychiatric or psychological examination of defendant be conducted and a report filed with the Court prior to any hearing on competency.  On June 22, 2007, this Court had ordered that then "Defendant's counsel shall file a motion for a mental evaluation examination as soon as practicable."  That attorney then moved to withdraw, at the defendant's request, and the undersigned was appointed; therefore this motion is now made.

     4.  Defendant Blackhawk has agreed with the undersigned that such an examination if ordered by the Court would be in his best interests.  As stated at the status hearing on August 24, 2007, before this Court, counsel and government counsel will work to ascertain the best possible resolution of the examination site with the United States Bureau of Prisons.  It was anticipated the Federal Medical Facility in Springfield, Illinois, would be most appropriate, and that counsel would fashion an order for this Court to that effect.

     5.  Government counsel has found from the Bureau of Prisons that the facilities in the Colorado area are most appropriate and convenient, and that a qualified medical heath care professional will conduct the examination of defendant here, probably at the Federal Correctional Institution where defendant is presently held, and then issue its report to the Court as required by 18 U.S.C. § 4247(b) and (c).

Dated: September 5, 2007        s/ Richard N. Stuckey
                                          Richard N. Stuckey
                                          Richard N. Stuckey, Attorney at Law, PC
                                          2150West 29th Ave. Suite 500
                                          Denver, CO  80211-3890
                                          303-455-4545
                                          FAX:03-458-6338
                                          E-mail: rnstuckey@qwest.net
                                          Attorney for Defendant Jon Anthony Blackhawk

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda McMahan, AUSA, linda.mcmahan@usdoj.gov

Elizabeth Weishaupl, AUSA, elizabeth.weishaupl@usdoj.gov

                                          s/ Richard N. Stuckey
                                          Richard N. Stuckey
                                          Richard N. Stuckey, Attorney at Law, PC
                                          2150West 29th Ave. Suite 500
                                          Denver, CO  80211-3890
                                          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
                                          FAX:03-458-6338
                                          E-mail: rnstuckey@qwest.net
                                          Attorney for Defendant Jon Anthony Blackhawk