IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 06-cr-00346-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JON ANTHONY BLACKHAWK,

    Defendant.

---

### MINUTE ORDER[1]

---

    Defendant's *pro se* **Motion To Be Transferred To A Secure Medical Facility, Other Than Springfield, MO Either At Rochester, Minnesota Or Another Secure USMCFP Elsewhere** [#83], filed December 4, 2007, is **STRICKEN**. Defendant is represented by counsel in this matter. Defendant may not file documents *pro se* when he is represented by counsel. ("When a defendant is represented by counsel, this court will not accept pro se filings by the defendant. Such a pro se filing is improper. ***See United States v. Nichols***, 374 F.3d 959, 964 n.2 (10th Cir. 2004)(citing ***United States v. Guadalupe***, 979 F.2d 790, 795 (10th Cir. 1992)), ***reviewed on other grounds***, 125 S.Ct 1082 (2005)) All pleadings and papers must be filed by counsel.").

    Dated: December 6, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.